IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MATTHEW A. McWHIRTER; and
LORI McWHIRTER                                                    PLAINTIFFS

V.                            CASE NO. 3:18-CV-3038

ROBERT L. MARTIN                                                   DEFENDANT

## ORDER

Currently before the Court is the Motion to Dismiss (Doc. 25) filed by Plaintiffs Matthew A. McWhirter and Lori McWhirter. It appearing to the Court from the Motion that the matter has been settled, that Motion is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record in this case, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

**IT IS SO ORDERED** on this ____4th____ day of February, 2019.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE